**DATA-LINE OFFICE SYSTEMS** 2135

| Employee | | | | Status (Fed/State) | Allowances/Extra |
|---|---|---|---|---|---|
| DONALD H KRUMWIEDE, 17339 WILDTURKEY RIDGE, ROGERS, AR 72758 | | | | Don't Withhold/(none) | Fed-0/0/TX-0/0 |
| | | | | Pay Period: 04/17/2009 - 04/30/2009 | Pay Date: 05/01/2009 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| COMMISSION DRAW | 1.00 | 2,500.00 | 2,500.00 | 10,000.00 |
| COMMISSION SALES | | | | 1,350.00 |
| | | | 2,500.00 | 11,350.00 |

| Deductions From Gross | Current | YTD Amount |
|---|---|---|
| DRAW REIMBURSEMENT | | -1,350.00 |

| Taxes | Current | YTD Amount |
|---|---|---|
| SOCIAL SECURITY EMPLOYEE | -155.00 | -620.00 |
| MEDICARE EMPLOYEE | -36.25 | -145.00 |
| | -191.25 | -765.00 |

| Adjustments to Net Pay | Current | YTD Amount |
|---|---|---|
| OIL & FUEL REIMBURSEMENT | -26.42 | -26.42 |

| Net Pay | 2,282.33 | 9,208.58 |
|---|---|---|

BT&A, INC / DATA-LINE OFFICE SYSTEMS, 4019 34TH STREET, LUBBOCK, TX 79410 806-795-0858, DATA-LINE OFFICE SYSTEMS

**DATA-LINE OFFICE SYSTEMS** 2132?

| Employee | | | | Status (Fed/State) | Allowances/Extra |
|---|---|---|---|---|---|
| DONALD H KRUMWIEDE, 17339 WILDTURKEY RIDGE, ROGERS, AR 72758 | | | | Don't Withhold/(none) | Fed-0/0/TX-0/0 |
| | | | | Pay Period: 04/02/2009 - 04/16/2009 | Pay Date: 04/16/2009 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| COMMISSION SALES | 1.00 | 1,350.00 | 1,350.00 | 1,350.00 |
| COMMISSION DRAW | 1.00 | 2,500.00 | 2,500.00 | 7,500.00 |
| | | | 3,850.00 | 8,850.00 |

| Deductions From Gross | Current | YTD Amount |
|---|---|---|
| DRAW REIMBURSEMENT | -1,350.00 | -1,350.00 |

| Taxes | Current | YTD Amount |
|---|---|---|
| SOCIAL SECURITY EMPLOYEE | -155.00 | -465.00 |
| MEDICARE EMPLOYEE | -36.25 | -108.75 |
| | -191.25 | -573.75 |

| Net Pay | 2,308.75 | 6,926.25 |
|---|---|---|

**DATA-LINE OFFICE SYSTEMS**                                                                                           2139

| Employee | | | | Status (Fed/State) | Allowances/Extra |
|---|---|---|---|---|---|
| DONALD H KRUMWIEDE, 17339 WILDTURKEY RIDGE, ROGERS, AR 72756 | | | | Don't Withhold/(none) | Fed-0/0/TX-0/0 |
| | | | | Pay Period: 05/18/2009 - 05/31/2009 | Pay Date: 05/29/2009 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| COMMISSION DRAW | 1.00 | 2,000.00 | 2,000.00 | 14,000.00 |
| COMMISSION SALES | 1.00 | 299.92 | 299.92 | |
| COMMISSION SALES | 1.00 | 450.00 | 450.00 | 2,703.66 |
| | | | 2,749.92 | 16,703.66 |

| Deductions From Gross | Current | YTD Amount |
|---|---|---|
| DRAW REIMBURSEMENT | -749.92 | -2,703.66 |

| Taxes | Current | YTD Amount |
|---|---|---|
| FEDERAL WITHHOLDING TAX | 0.00 | |
| SOCIAL SECURITY EMPLOYEE | -124.00 | -868.00 |
| MEDICARE EMPLOYEE | -29.00 | -203.00 |
| | -153.00 | -1,071.00 |

| Adjustments to Net Pay | Current | YTD Amount |
|---|---|---|
| OIL & FUEL REIMBURSEMENT | -46.63 | -73.05 |

Net Pay                                    1,800.37        12,855.95

BT&A, INC / DATA-LINE OFFICE SYSTEMS, 4019 34TH STREET, LUBBOCK, TX 79410 806-795-0658, DATA-LINE OFFICE SYSTEMS

**DATA-LINE OFFICE SYSTEMS**                                                                                           2136

| Employee | | | | Status (Fed/State) | Allowances/Extra |
|---|---|---|---|---|---|
| DONALD H KRUMWIEDE, 17339 WILDTURKEY RIDGE, ROGERS, AR 72756 | | | | Don't Withhold/(none) | Fed-0/0/TX-0/0 |
| | | | | Pay Period: 05/02/2009 - 05/15/2009 | Pay Date: 05/15/2009 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| COMMISSION SALES | 1.00 | 195.60 | 195.60 | |
| COMMISSION SALES | 1.00 | 342.42 | 342.42 | |
| COMMISSION SALES | 1.00 | 66.02 | 66.02 | 1,954.04 |
| COMMISSION DRAW | 1.00 | 2,000.00 | 2,000.00 | 12,000.00 |
| | | | 2,604.04 | 13,954.04 |

| Deductions From Gross | Current | YTD Amount |
|---|---|---|
| DRAW REIMBURSEMENT | -604.04 | -1,954.04 |

| Taxes | Current | YTD Amount |
|---|---|---|
| FEDERAL WITHHOLDING TAX | 0.00 | |
| SOCIAL SECURITY EMPLOYEE | -124.00 | -744.00 |
| MEDICARE EMPLOYEE | -29.00 | -174.00 |

| Donald H. Krumwiede | | | | MILLER PAPER CO. | | | Earnings Statement | |
|---|---|---|---|---|---|---|---|---|
| | | | | 1-806-353-0317 · 6911 S Washington · Amarillo, TX 79116 | | | | |
| SSN | | ███████ | | Fed Taxable Income | 690.00 | Check Date: May 29, 2009 | Voucher Number | 4294 |
| Emp Id | | 119 | | Fed Filing Status | S/1 | Period Beginning: May 08, 2009 | Net Pay | 608.12 |
| Location | | 01 | | State Filing Status | | Period Ending: May 21, 2009 | Check Amount | |

| Earnings | Rate | Hours | Amount | YTD Amt | Taxes/Deds | Taxable | Amount | YTD Amt | Direct Deposits | Account | Amt |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Reg | 0.00 | | 690.00 | 1670.00 | MED | 690.00 | 10.00 | 24.21 | 111301737 | xxxx8421 | 608 |
| Total Gross Pay | | | 690.00 | 1670.00 | SS | 690.00 | 42.78 | 103.54 | Total Direct Deposits | | 608 |
| | | | | | FITW S/1 | 690.00 | 29.10 | 101.70 | | | |
| | | | | | TX | 690.00 | | | | | |
| | | | | | Loan | | | 500.00 | | | |
| | | | | | Total Withholding | | 81.88 | 729.45 | | | |
| | | | | | | | | | Accruals | | 0.00 |