IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MISSOURI

DONALD H. KRUMWIEDE, JR.         )     Case No. 09-30630
                                 )     Chapter 7
                    Debtor.      )
_____)

## MOTION TO EXTEND TIME TO FILE FINANCIAL MANAGEMENT CERTIFICATE AND DELAY ENTRY OF DISCHARGE

COMES NOW the debtor, through counsel, and states to the court as follows:

1. Debtor filed his Chapter 7 bankruptcy on June 1, 2009.

2. Debtor has not finalized his financial management course.

3. Debtor wishes to delay his discharge in order to finalize and file his financial management certificate.

WHEREFORE, debtor prays this court make and enter its order extending the time for debtors to file his financial management certificate October 15, 2009.

CHECKETT & PAULY, P.C.

/s/ Kevin Checkett
Kevin Checkett, #25838
517 S. Main Street
P.O. Box 409
Carthage, MO 64836
(417)358-4049 Telephone
(417)358-6341 Facsimile

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served electronically to those parties who have entered an appearance in the court's Electronic Court Filing (ECF) System and conventionally, via first-class mail, postage prepaid, to those parties below, if any, who have requested notice but are not participating in the ECF System, on the date entered on the court's docket.

/s/Kevin Checkett
Attorney of Record